IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1-03-10106-T |
| | ) |
| WINDY CLIMER, | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING INDICTMENT

Defendant Windy Climer is charged with three counts of manufacturing a controlled substance and conspiracy to manufacture a controlled substance in violation of 21 U.S.C. § 841(a). Before the court is a motion made by the United States to dismiss the indictment against Defendant because she previously pled guilty to an information for her involvement in this case. For good cause shown, Plaintiff's motion is GRANTED and the indictment against Defendant is DISMISSED.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_20 May 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  05-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 194 in case 1:03-CR-10106 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT